AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>THOMAS WILLIAM HARGEAR<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   2:22-mj-877-EJY<br><br>Charging District:   Central District of California<br>Charging District's Case No.   2:20-CR-508-VAP |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

Place:   First Street U.S. Courthouse
Edward R. Roybal Federal Bldg & U.S. Courthouse
350 W. 1st Street
Los Angeles, CA 90012-4565

Courtroom No.:   TBD

Date and Time:   TBD

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   November 9, 2022

*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*



FILED ___
ENTERED ___
RECEIVED ___
SERVED ON ___
COUNSEL/PARTIES OF RECORD

NOV 09 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY